# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| MARSHALL SPIEGEL, ) | |
| on behalf of himself and the classes defined below, ) | |
| Plaintiff, ) | |
| v. ) | 14-cv-1293 |
| AMEREN ILLINOIS COMPANY., ) | |
| and JOHN DOES 1-10, ) | Honorable Judge Gary Feinerman |
| Defendants. ) | Magistrate Judge Arlander Keys |

**FILED NOV 25 2014 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT** 11-25-14

## PLAINTIFF'S RENEWED MOTION TO TAKE DEPOSITION

Plaintiff Marshall Spiegel, pro se, requests the court order Ameren to produce witnesses to sit for a deposition, not to exceed 2 hours, on the following issues:

a) Its involvement in telemarketing energy services, either with respect to supply or delivery, in Illinois

b) Its relationship with EngageTel, if any

c) Its relationship with AGR Group, if any

d) Its relationship with Aresh Akhavan, if any

e) The facts set forth in the draft affidavits exchanged with the Edelmen firm

f) The basis of its refusal to affirm in an affidavit that it does not provide delivery or supply energy to customers in Northern Illinois

g) The extent of it's awareness, if any, of the fact that energy marketing companies were holding themselves out to consumers that they were representing Ameren in it's telemarketing calls.

Spiegel reserves the ability to make further inquiries as additional information may arise prior to deposition.

Plaintiff believes that 3 hours in a deposition are a much more efficient use of resources than briefing motions. Ameren raises fact disputes in its motion regarding agency and representations made by Rebecca Cohen of the Edelmen firm and in order to respond adequately to the motion, Spiegel requests this deposition. Based on the deposition, Spiegel will also be in a better position to determine whether a case should proceed against Ameren, and/or who the proper additional Defendants may be.

Spiegel also requests leave to issue a subpoena to AGR group for a deposition.

To the extent that the court believes Local Rule 37.2 would apply here since there is no pending discovery and it struck this motion previously, this court should be aware that Plaintiff had asked Lawrence Heftman, counsel for the Defendant, after the October 21, 2014 hearing in the hallway permission to take the deposition of his client. Counsel for the Defendant denied Plaintiff's request and prior requests by other counsel, Chris Langone the day before, by calling on Plaintiff's behalf interested in appearing in this case.

WHEREFORE, Spiegel requests that Ameren be ordered to produce a witness, in Chicago, for deposition within the next 30 days, and that Spiegel be granted leave to issue a subpoena to AGR Group.

Respectfully submitted,

s/Marshall Spiegel
Pro Se

Marshall Spiegel
Pro Se Plaintiff
1618D Sheridan Road
Wilmette, Illinois 60091
312/399-3145
oscars56@gmail.com